# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Michelin North America, Inc., | C.A. No.: 6:15-CV-00058-HMH |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Sudduth Tire Company, Inc., David Obenauer, and Jeanne Sudduth, | |
| Defendants. | |

Plaintiff Michelin North America, Inc., on behalf of the parties, hereby respectfully gives notice to the court that this matter has been settled and the court may issue a *Rubin* order. As soon as the settlement documents have been properly executed, the parties will file the appropriate documents with the court.

          Respectfully Submitted,

          s/ J. D. Quattlebaum
          J. D. Quattlebaum, Fed. ID #5252
          E-mail: dquattlebaum@hsblawfirm.com

          HAYNSWORTH SINKLER BOYD, P.A.
          One North Main Street, 2nd Floor (29601)
          P.O. Box 2048
          Greenville, SC  29602
          (864) 240-3249
          (864) 240-3300 (facsimile)

          *Attorneys for Plaintiff*
          *Michelin North America, Inc.*

Dated:  March 16, 2015
Greenville, South Carolina